## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ X
In re: : Chapter 11
EHT US1, Inc., *et al.*, : Case No. 21-10036 (CSS)
                Debtors. : (Jointly Administered)
------------------------------------------------------------------------ X
Urban Commons Queensway, LLC, :
  :
                Plaintiff, :
          v. : Adv. Pro. No. 21-50476 (CSS)
  :
EHT Asset Management, LLC, Taylor Woods, and Howard :
Wu, :
                Defendants. :
------------------------------------------------------------------------ X

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of Clerk:

                824 North Market Street, 3rd Floor
                Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

| COLE SCHOTZ, P.C. | PAUL HASTINGS LLP |
|---|---|
| Seth Van Aalten, Esquire | Luc A. Despins, Esquire |
| G. David Dean, Esquire | Nicholas A. Bassett, Esquire |
| Justin R. Alberto, Esquire | G. Alexander Bongartz, Esquire |
| 500 Delaware Avenue, Suite 1410 | 200 Park Avenue |
| Wilmington, DE 19801 | New York, NY 10166 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: U.S. Bankruptcy Court | Room: 5th Floor, Courtroom No. 6 |
|---|---|
|          824 N. Market Street | |
|          Wilmington, DE 19801 | Date and Time: July 7, 2021 at 10:00 a.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
  of Delaware**                                                                                     /s/ Una O'Boyle
                                                                                          *Clerk of the Bankruptcy Court*

Date: May 22, 2021

62156/0001-40800624v1